

# NUMBER 13-24-00621-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

CARDENAS GENERAL
MERCHANDISE, LLC,                                                    Appellant,

v.

ALEMAN TRUCKING, LLC,                                               Appellee.

## ON APPEAL FROM THE COUNTY COURT AT LAW NO. 9
## OF HIDALGO COUNTY, TEXAS

## MEMORANDUM OPINION

**Before Justices Silva, Peña, and Fonseca**
**Memorandum Opinion by Justice Silva**

This matter is before the Court on appellant's unopposed motion to dismiss appeal. The parties have negotiated a settlement agreement resolving the issues in this appeal, and appellant now requests that this appeal be dismissed.

The Court, having considered appellant's unopposed motion to dismiss appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a)(1). Therefore, appellant's unopposed motion to dismiss appeal is granted, and the appeal is hereby dismissed.

The costs are taxed against the appellant. *See id.* R. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained.

CLARISSA SILVA
Justice

Delivered and filed on the
13th day of March, 2025.

2